| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hilton, Claude M | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>5/12/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ FInal | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br><br>Alexandria, Va, 22314-5799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

FINANCIAL OFFICE OF THE 06 MAY 19 AM 11: 40 RECEIVED

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason Law & Economics Center | Transportation, food, lodging to attend seminar May 2005 (approx. $1,800.00 |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hilton, Claude M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Crestar Bank-Arlington, Virginia Now Suntrust Bank by Merger | B | Interest | J | T | | | | | |
| 2. Shearson Lehman Hutton Cash Reserve, Now UBS Financial Serv. | B | Interest | K | T | | | | | |
| 3. Promissory Note - David D. Pilverlait | A | Interest | J | T | | | | | |
| 4. Wachovia | | None | J | T | | | | | |
| 5. Promissory Note - Leslie M. Cecil, Trustee | A | Interest | J | T | | | | | |
| 6. Carr America - Common | A | Dividend | J | T | | | | | |
| 7. NVR, Inc. - Common | A | Dividend | K | T | | | | | |
| 8. Wal-Mart Stores, Inc. - Common | A | Dividend | K | T | | | | | |
| 9. Templeton Emerg.Mkts. | A | Dividend | J | T | | | | | |
| 10. First Fin. Fund | A | Dividend | J | T | | | | | |
| 11. Walden Ban Corp., Inc. - Common | A | Dividend | J | T | | | | | |
| 12. Mercantile Bank Shrs. - Common | A | Dividend | J | T | | | | | |
| 13. Southern Co. - Common | A | Dividend | J | T | | | | | |
| 14. Speedway Motorsports - Common | A | Dividend | J | T | | | | | |
| 15. Petersburg, Virginia - Bonds | A | Dividend | K | T | | | | | |
| 16. Fairfax County, Virginia - Bonds | A | Dividend | K | T | | | | | |
| 17. Wachovia | C | Dividend | K | T | | | | | |
| 18. Sun Beam Common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hilton, Claude M | 5/12/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Virginia Public Bldg Bonds | B | Dividend | J | T | | | | | |
| 20. Virginia 21st Century Bonds | B | Dividend | J | T | | | | | |
| 21. Smith Barney Money Fund | C | Interest | K | T | | | | | |
| 22. J.P. Morgan, Common | A | Dividend | J | T | Merger JP | 7/1 | J | A | |
| 23. Lockheed-Martin Corp. Common | A | Dividend | J | T | | | | | |
| 24. Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 25. Xerox Corp. Common | A | Dividend | J | T | | | | | |
| 26. 1st Service Bank Common | A | Dividend | J | T | | | | | |
| 27. 1st Service Bank Money Market | B | Interest | K | T | | | | | |
| 28. Mirant Corp. Common | A | Dividend | J | T | | | | | |
| 29. Microsoft Common | A | Dividend | J | T | | | | | |
| 30. Oracle Common | A | Dividend | J | T | | | | | |
| 31. Arlington County, Va. Bonds | A | Interest | J | T | | | | | |
| 32. Portsmouth, Va. Bonds | A | Interest | J | T | | | | | |
| 33. Suffolk, Va. Bonds | A | Interest | J | T | | | | | |
| 34. Black Rock Insd Muni Ter Trust | A | Interest | J | T | | | | | |
| 35. Cardinal Financial | A | Dividend | J | T | | | | | |
| 36. Nuveen Income Fund | B | Interest | K | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes:      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)           U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hilton, Claude M | 5/12/2006 |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children.  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. AES Corp | A | Dividend | J | T | | | | | |
| 38. General Electric | A | Dividend | J | T | | | | | |
| 39. Quest Diagnostics Inc. | A | Dividend | J | T | | | | | |
| 40. First Eagle Global Fund Class C | A | Dividend | J | T | Buy | 8/18 | J | | |
| 41. Templeton China World Fund CLC | A | Dividend | J | T | Buy | 8/18 | J | | |
| 42. Fed Premier Inter Municipal Income Fund | A | Dividend | J | T | Buy | 3/24 | J | | |
| 43. Amazon.com, Common | A | Dividend | J | T | Buy | 5/5 | J | | |
| 44. Provident | A | Dividend | J | T | Buy | 2/18 | J | | |

1. Income/Gain Codes:        A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J  = $15,000 or less    K  = $15,001-$50,000    L  = $50,001-$100,000    M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                      P4 = $More than $50,000,000
3. Value Method Codes        Q  = Appraisal          R  = Cost (Real Estate Only)   S  = Assessment          T  = Cash/Market
   (See Column C2)           U  = Book Value         V  = Other              W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hilton, Claude M | 5/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Hilton, Claude M | Date of Report<br><br>5/12/2006 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature 　　　　　　　　Date _May 12, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544